1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM MIDDLEBROOK,

11          Plaintiff,                              No.  CIV S-07-1663 DAD

12          v.

13   MICHAEL J. ASTRUE,                            ORDER TO SHOW CAUSE
     Commissioner of Social Security,

14
            Defendant.

15   _____/

16          On September 4, 2007, the court issued a scheduling order which required plaintiff to

17   file a motion for summary judgment and/or remand within a required time.  The required time has now

18   expired, and plaintiff has not filed a motion for summary judgment and/or remand.  Good cause

19   appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the

20   filed date of this order why this case should not be dismissed for lack of prosecution.  Failure to timely

21   file the required writing will result in dismissal of the action.

22   DATED: April 18, 2008.

23

24   _____
     DALE A. DROZD
25   UNITED STATES MAGISTRATE JUDGE

26   DAD:lg
     ddad1/orders.socsec/middlebrook1663.osc.ftp