```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    Elizabeth.Firer@ssa.gov

Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| WILLIAM MIDDLEBROOK,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-cv-01663 DAD<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff's counsel, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, ONE HUNDRED TWENTY FIVE DOLLARS AND ZERO CENTS ($4,125.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

1  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

2
3  Dated: June 28, 2010          /s/*Jesse S. Kaplan*
                                 *(As authorized via email)*
4                                JESSE S. KAPLAN
                                 Attorney for Plaintiff
5

6                                BENJAMIN B. WAGNER
                                 United States Attorney
7
   Dated: June 28, 2010     By: /s/ *Elizabeth Firer*
8                                ELIZABETH FIRER
                                 Special Assistant United States Attorney
9

10

11     PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's counsel, as assignee, shall be

12  awarded attorney fees in the amount of FOUR THOUSAND, ONE HUNDRED TWENTY FIVE

13  DOLLARS AND ZERO CENTS ($4,125.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms

14  of the above-referenced Stipulation. Plaintiff's motion for attorney fees pursuant to EAJA (Doc. No. 32)

15  is moot.

16  DATED: June 28, 2010.

                                                 _____
                                                 DALE A. DROZD
                                                 UNITED STATES MAGISTRATE JUDGE

20  Ddad1/orders.socsec/middlebrook1663.stipord.attyfee.eaja

2